IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROMAN WOODSON | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. JFM-05-3101 |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

## MEMORANDUM

This matter is before the court on a pro se Fed. Rule Civ. P. 41 motion for the return of property filed by Roman Woodson.  Counsel for the United States has moved to dismiss the motion for want of prosecution.  The court will grant the motion to dismiss.

**I.  Factual Background**

On November 17, 2005, Woodson filed the instant motion seeking return of various items of property.  On December 23, 2005, the court directed counsel for the government to respond. According to the government, on or about February 20 or 21, the Secret Service sent a letter to Woodson requesting a detailed list of the items that he wanted returned.  Paper No. 19 at 1.  On May 19, 2006, the United States Secret Service indicated that it intended to release the items that were not included in the criminal plea agreement.  *See id.* at 2.

In support of the motion to dismiss, the government has filed a letter by Susan Holsey, Investigative Assistant, United States Secret Service, which states that an abandoned property letter was sent to Woodson via Federal Express mail on July 17, 2006.  Woodson contacted the Secret Service on August 7, 2006, and indicated that he did not retrieve the letter within the time frame indicated.  *See id.*  at Exhibit A.  Woodson provided a fax number which the Secret Service

then used to fax another letter to him.  Woodson failed to sign and return the second letter.  *See id.*  He did, however, contact the Secret Service a second time to discuss discrepancies in the asset list provided to him.[1]  *See id.*   The Secret Service instructed Woodson to return the signed letter within thirty days.  Woodson failed to comply with these instructions, and has not otherwise contacted the Secret Service.

## II.  Conclusion

In view of the above-described attempts to return the property and Woodson's failure to return the documents provided or otherwise contact the Secret Service,  the court will dismiss the motion for want of prosecution.  A separate order consistent with this memorandum follows.

/s/
J. Frederick Motz
United States District Judge

---

[1]     Neither party has provided any additional information about these "disparities."  By letter dated November 3, 2006,  the Clerk notified Woodson of the government's pending dispositive motion, and informed him that he could file an opposition within seventeen days.  Paper No. 12. Woodson has not filed a reply within that period.  Woodson has not filed any pleadings with the court since February 8, 2006.  Paper No. 7.